## First District.

P. W. Bauman, appellee, v. C. I. T. Corporation, appellant. Gen. No. 36,332.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.

Short, Rothbart, Willner & Lewis, for appellant; Edward Rothbart, George H. Meyer and Dwight McKay, of counsel. Gettleman & Adelman, for appellee; Milton M. Adelman, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Terry Terrill, plaintiff in error. Gen. No. 37,261.

Opinion filed December 19, 1934. Rehearing denied January 9, 1935.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. William Ford, plaintiff in error. Gen. No. 37,335.

Opinion filed December 19, 1934.

Charles A. Bellows and George Sullivan, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.